**Motion Granted; Appeal Dismissed and Memorandum Opinion filed September 27, 2012.**



In The

# Fourteenth Court of Appeals

### NO. 14-12-00405-CV

**LNR PARTNERS, LLC, LNR TEXAS PARTNERS, LLC AND LBUBS 2002-C2 WEST BROADWAY, LLC, Appellants**

**V.**

**PEARLAND WESTSIDE ASSOCIATES LIMITED, Appellee**

**On Appeal from the 149th District Court
Brazoria County, Texas
Trial Court Cause No. 66752**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed April 19, 2012. On September 17, 2012, appellants filed a motion to dismiss the appeal because the case has been settled. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Hedges and Justices Brown and Busby.